UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEL MARIN,<br><br>                        Plaintiff,<br><br>v.<br><br>THE PEOPLE'S REPUBLIC OF CHINA dba DONGGUAN AIBOKESI NETWORK TECHNOLOGY CO., LTD dba CIRCOOTER SCOOTER,<br><br>                        Defendants. | Case No.: 25-cv-1409-RSH-VET<br><br>**ORDER DISMISSING ACTION** |

      On July 18, 2025, the Court granted Plaintiff's motion to proceed *in forma pauperis* and dismissed his Complaint with leave to amend. ECF No. 6 at 4. The Court set a deadline for Plaintiff to file a First Amended Complaint to no later than July 31, 2025. *Id.* The Court advised Plaintiff that failure to comply with this deadline would result in the dismissal of his action. *Id.* To date, Plaintiff has neither filed a First Amended Complaint or otherwise responded to the Court's Order. *See* Docket.

      For the reasons above, the Court **DISMISSES** this action without prejudice. *See Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005) ("If a plaintiff does not take advantage of the opportunity to fix his complaint, a district court may convert the dismissal of

the complaint into dismissal of the entire action."). The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: August 1, 2025

*Robert S. Huie*
_____
Hon. Robert S. Huie
United States District Judge